Endorsed Order

On July 24, 2019, counsel to the Defendant filed a letter with the Court [ECF No. 13] requesting leave to move for summary judgment. The Parties shall appear before the Court on August 7, 2019 at 10:00 A.M. for a conference to discuss the request.

**It is so ordered.**

Dated: New York, New York
       July 26, 2019

    *s/ Mary Kay Vyskocil*
Honorable Mary Kay Vyskocil
United States Bankruptcy Judge